UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 14-31483 |
| | * | |
| Patricia J. Stanfield | * | CHAPTER 13 |
| | * | |
| | * | |

## SUGGESTION OF DEATH OF DEBTOR

**COMES NOW**, the debtor's attorney of record, and pursuant to Rule 1016 of the Bankruptcy Rules of Procedure, hereby gives notice to this Honorable Court that the debtor, Patricia J. Stanfield passed away on December 8, 2016.

No further administration of the case is possible.

Respectfully submitted this 4th day of January, 2017.

BY: /s/ Gail Donaldson
Attorney for Debtor

OF COUNSEL:
BOND, BOTES, SHINN & DONALDSON, P.C.
P.O. Box 4479
MONTGOMERY, ALABAMA 36103
(334) 264-3363

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing document on all parties listed below by either electronic filing or by mailing a copy of same to them on this 4th day of January, 2017.

Sabrina L. McKinney, Chapter 13 Trustee, (via electronic filing)
Estate of Patricia J. Stanfield, 117 Mountain Laurel Road, Prattville, AL 36066

/s/ Gail Donaldson
Attorney for Debtor